# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VISTA PEAK VENTURES, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **TRULY INTERNATIONAL HOLDINGS** § | |
| **LIMITED and TRULY** § | **CIVIL ACTION NOS. 2:20-CV-00254-** |
| **SEMICONDUCTORS LIMITED,** § | **JRG, 2:20-CV-00255-JRG, 2:20-CV-** |
| § | **00256-JRG** |
| Defendants. § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Vista Peak Ventures, LLC, and defendants Truly International Holdings Limited and Truly Semiconductors Limited ("Defendants") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of their claims against one another in the above-styled cases WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND NON-ASSERTION AGREEMENT" and dated June 8, 2021.

The parties ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 30, 2021                                     Respectfully submitted,

| | |
|---|---|
| /s/Patrick J. Conroy<br>Patrick J. Conroy<br>Texas Bar No. 24012448<br>T. William Kennedy Jr.<br>Texas Bar No. 24055771<br>Jon Rastegar<br>Texas Bar No. 24064043<br>**NELSON BUMGARDNER ALBRITTON PC**<br>3131 W 7th St<br>Suite 300<br>Fort Worth, TX 76107<br>Tel: (817) 377-9111<br>Pat@NBAFirm.com<br>Bill@NBAFirm.com<br>Jon@NBAFirm.com<br><br>**ATTORNEYS FOR VISTA PEAK VENTURES, LLC** | /s/Zhe Wang<br>Zhe Wang (pro hac vice)<br>State Bar No. 24084513<br>Kris Y. Teng<br>State Bar No. 24079443<br>Zhiwei Zou (pro hac vice)<br>VA Bar No. 88145<br>Gang Ye (pro hac vice)<br>VA Bar No. 90212<br>BAYES PLLC<br>1765 Greensboro Station Pl., Ste. 900<br>McLean, VA 22102<br>Phone: (703) 995-9887<br>Fax: (703) 821-8128<br>**BAYES PLLC**<br>3131 W 7th St<br>Suite 300<br>Fort Worth, TX 76107<br>Tel: (817) 377-9111<br>kris.teng@bayes.law<br>philip.wang@bayes.law<br>wayne.zou@bayes.law<br>gavin.ye@bayes.law<br><br>M. Craig Tyler<br>State Bar No. 00794762<br>**PERKINS & COIE LLP**<br>500 W 2nd St 1900<br>Austin, Texas 78701<br>Phone: 737.256.6113<br>Email: CTyler@perkinscoie.com<br><br>Chao "Wendy" Wang<br>CA Bar No. 289325<br>**PERKINS & COIE LLP**<br>3150 Porter Drive<br>Palo Alto, California 94304<br>Phone: 650.838.4315<br>Email: WWang@perkinscoie.com<br><br>**ATTORNEYS FOR TRULY INTERNATIONAL HOLDINGS LIMITED & TRULY SEMICONDUCTORS LIMITED** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on June 30, 2021.

*/s/ Patrick Conroy*
Patrick J. Conroy