IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VISTA PEAK VENTURES, LLC, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:20-CV-00250-JRG |
| v. | § § § | |
| HANNSTAR DISPLAY CORPORATION, HANNSPREE, INC., HANNSPREE EUROPE HOLDINGS B.V., HANNSPREE EUROPE GMBH, HANNSTAR DISPLAY (NANJING) CORPORATION, HANNSPREE DISPLAY (NANJING) CORPORATION, | § § § § § § § § | |
| Defendants. | § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. David Keyzer as the Court's technical advisor in this case with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Keyzer's contact information is as follows:

David Keyzer
Law Office of David Keyzer, P.C.
916-243-5259 (office)
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") no later than one business day after their filing in PDF form to david@keyzerlaw.com. If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 6th day of July, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE