IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VISTA PEAK VENTURES, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HANNSTAR DISPLAY CORPORATION, § <br> HANNSPREE, INC., HANNSPREE § <br> EUROPE HOLDINGS B.V., § <br> HANNSPREE EUROPE GMBH, § <br> HANNSTAR DISPLAY (NANJING) § <br> CORPORATION, and HANNSPREE § <br> DISPLAY (NANJING) CORPORATION, § <br> § <br> Defendants. § | C.A. NO. 2:20-CV-00250-JRG |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff **VISTA PEAK VENTURES, LLC** and defendant **HANNSTAR DISPLAY CORPORATION**, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE as to all of the named parties, including HANNSPREE, INC., HANNSPREE, EUROPE HOLDINGS B.V., HANNSPREE EUROPE GMBH, HANNSTAR DISPLAY (NANJING) CORPORATION, and HANNSPREE DISPLAY (NANJING) CORPORATION, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated July 30, 2021, with each party to bear its own costs, expenses and attorneys' fees.

1

**Dated: August 24, 2021**

Respectfully submitted,

*/s/Patrick J. Conroy*
Patrick J. Conroy
Texas Bar No. 24012448
T. William Kennedy Jr.
Texas Bar No. 24055771
Jon Rastegar
Texas Bar No. 24064043
**NELSON BUMGARDNER
ALBRITTON PC**
3131 W 7th St
Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Pat@NBAFirm.com
Bill@NBAFirm.com
Jon@NBAFirm.com

**ATTORNEYS FOR PLAINTIFF
VISTA PEAK VENTURES, LLC**

Respectfully submitted,

*/s/ William J. McCabe*
William J. McCabe
WMcCabe@perkinscoie.com
Thomas V. Matthew
TMatthew@perkinscoie.com
Matthew J. Moffa
MMoffa@perkinscoie.com
Emily B. Cooper
ECooper@perkinscoie.com
**PERKINS COIE LLP**
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711

**ATTORNEYS FOR DEFENDANT
HANNSTAR DISPLAY CORPORATION**

## CERTIFICATE OF CONFERENCE

On August 19, 2021, counsel for Plaintiff conferred with counsel for Defendant via e-mail concerning the relief requested in this motion and the Parties are in agreement with respect to this motion.

*/s/Patrick J. Conroy*
Patrick J. Conroy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on counsel for all parties of record via electronic mail on August 24, 2021.

*/s/Patrick J. Conroy*
Patrick J. Conroy
